JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSÉ AMILCAR FRANCO
ARIAS,

     Plaintiff,

        v.

KIKA SCOTT, et al.,

     Defendants.

Case No.: 2:25-cv-03133-SB-PVC

ORDER DISMISSING PURSUANT
TO STIPULATION

Pursuant to the parties' stipulation, this action is dismissed.

Date: August 19, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge