UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMILCAR FRANCO ARIAS, <br><br> Plaintiff, <br><br> v. <br><br> KIKA SCOTT et al., <br><br> Defendants. | Case No. 2:25-cv-03133-SB-PVC <br><br> ORDER TO SHOW CAUSE |

After defense counsel failed to appear at the mandatory scheduling conference (MSC), the Court continued the MSC to August 15, 2025. While defense counsel appeared at the continued MSC, this time Plaintiff's counsel failed to appear. Plaintiff is thus ordered to show cause (OSC) in Courtroom 6C at 8:30 a.m. on September 5, 2025, why he and his counsel should not be sanctioned for failing to appear at the August 15 MSC. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 396 (1990) (district court retains jurisdiction to impose Rule 11 sanctions even after a case has been dismissed).

No later than August 25, Plaintiff's counsel shall file a written response to this OSC. In the written response, counsel shall state whether he has ever been sanctioned by any court or agency or the subject of an OSC for failing to follow any court rule or order.

Date: August 19, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge